AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tucker, Petrese B | PA-Eastern District | 08/13/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2007<br>to<br>12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Room 9613 U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-1751 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Avenue of the Arts, Inc. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2000 | PA State Retirement Plan |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2007 | PA SERS State Employee Retirement System | $ 27,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. Jan-Dec 07 | Commonwealth of PA - Common Pleas Court Judge - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | West Legalworks | 5/22 - 5/23 | Austin, Texas | The Advanced Legal Forum | Conference Reimbursement for travel, lodging and meals |
| 2. | West Legalworks | 11/15 - 11/16 | Boston, MA | Mock Markman Hearing | Conference Reimbursement for travel, lodging and meals |
| 3. | Philadelphia Bar Association | 9/28/07 | Atlantic City, NJ | Conference | Conference Reimbursement for travel, lodging and meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Harris Bock | Philadelphia Flower Show Preview and Dinner | $ 300 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Farm Credit of the Virginias | Mortgage on land | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Accounts receivable from clients of law practice | | None | K | W | | | | | |
| 2. | U.S. Treasury Strips - 0.0% - 5/15/10 | | None | | | SOLD | 3/8 | K | A | |
| 3. | U.S. Treasury Strips - 0.0% - 5/15/09 | | None | | | SOLD | 3/19 | L | B | |
| 4. | U.S. Treasury Strips - 0.0% - 2/15/11 | | None | | | SOLD | 3/19 | K | | |
| 5. | AIM Charter Fund | | None | | | SOLD | 2/27 | J | A | |
| 6. | Isuzu Motors stock | | None | | | SOLD | 3/15 | J | A | |
| 7. | Bye Creek Farms Inc - stock | | None | J | W | | | | | |
| 8. | Allete Inc - stock | A | Dividend | | | SOLD | 3/9 | J | A | |
| 9. | Merrill Lynch Retirement Reserves - money market accounts | B | Interest | K | T | | | | | |
| 10. | Branch Banking & Trust | B | Interest | L | T | | | | | |
| 11. | Community National Bank | A | Interest | J | T | | | | | |
| 12. | Land Halifax County, VA | | None | L | W | | | | | |
| 13. | 3M Company (Y) | | | | | | | | | |
| 14. | Abbott Labs | A | Dividend | J | T | partial sale | 2/26 | J | A | |
| 15. | | | | | | buy | 3/20 | J | | |
| 16. | Altria Group | A | Dividend | J | T | BUY | 1/31 | J | | |
| 17. | | | | | | PART SALE | 2/26 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | PART SALE | 3/20 | J | B | |
| 19. | | | | | BUY | 3/20 | J | | |
| 20. | | | | | BUY | 3/9 | J | | |
| 21. | | | | | BUY | 3/8 | J | | |
| 22. Amerda Hess Corp (Y) | | | | | | | | | |
| 23. American Express Company | A | Dividend | J | T | PART SALE | 2/26 | J | A | |
| 24. | | | | | BUY | 3/20 | J | | |
| 25. | | | | | PART SALE | 8/31 | J | A | |
| 26. | | | | | PART SALE | 10/22 | J | A | |
| 27. American Intl Group Inc (Y) | | | | | | | | | |
| 28. Ameriprise Finl Inc | A | Dividend | | | SOLD | 2/26 | J | A | |
| 29. Anadarko Pete Corp | A | Dividend | J | T | PART SOLD | 2/26 | J | | |
| 30. | | | | | BUY | 3/8 | J | | |
| 31. Annheuser Busch Cos Inc | A | Dividend | J | T | PART SALE | 2/26 | J | A | |
| 32. | | | | | BUY | 3/8 | J | | |
| 33. AON CORP COM | A | Distribution | J | T | BUY | 1/31 | J | | |
| 34. | | | | | BUY | 10/8 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | BUY | 10/15 | J | | |
| 36. Apple Computer | | None | J | T | BUY | 3/20 | J | | |
| 37. | | | | | PART SALE | 2/26 | J | A | |
| 38. Applied Material Inc | A | Dividend | J | T | BUY | 5/21 | J | | |
| 39. | | | | | PART SALE | 12/3 | J | | |
| 40. Archer Daniels Midland | | None | | | SOLD | 2/26 | J | A | |
| 41. Automatic Data Proc | A | Dividend | | | PART SALE | 2/26 | J | A | |
| 42. | | | | | PART SALE | 1/26 | J | | |
| 43. | | | | | BUY | 4/16 | J | | |
| 44. | | | | | PART SALE | 8/7 | J | | |
| 45. | | | | | SOLD | 8/10 | J | A | |
| 46. Bank of America Corp | A | Dividend | J | T | PART SALE | 2/26 | J | A | |
| 47. | | | | | PART SALE | 3/20 | J | C | |
| 48. | | | | | PART SALE | 1/26 | J | A | |
| 49. | | | | | BUY | 4/16 | J | | |
| 50. | | | | | BUY | 3/9 | J | | |
| 51. | | | | | BUY | 3/8 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   Barclays PLC (Y) | | | | | | | | | |
| 53.   BP PLC | A | Dividend | J | T | BUY | 3/26 | J | | |
| 54. | | | | | PART SALE | 2/26 | J | | |
| 55.   Cadbury Schweppes ADR (Y) | | | | | | | | | |
| 56.   Canon Inc ADR Rep5Sh | A | Dividend | J | T | BUY | 9/14 | J | | |
| 57.   Caterpillar Inc stock | A | Dividend | J | T | PART SALE | 2/26 | J | A | |
| 58. | | | | | PART SALE | 3/9 | J | A | |
| 59.   CHEVRON CORP (FORMALY Chevron Texaco Corp) | A | Distribution | J | T | PART SALE | 2/26 | J | A | |
| 60. | | | | | BUY | 1/2 | J | | |
| 61. | | | | | PART SALE | 2/26 | J | A | |
| 62. | | | | | BUY | 2/12 | J | | |
| 63. | | | | | PART SALE | 4/26 | J | A | |
| 64. | | | | | BUY | 3/9 | J | | |
| 65. | | | | | BUY | 3/8 | J | | |
| 66.   Cisco Systems Inc. | | None | J | T | BUY | 3/20 | J | | |
| 67. | | | | | BUY | 4/26 | J | | |
| 68. | | | | | BUY | 3/9 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Citigroup Inc | A | Dividend | J | T | PART SALE | 2/26 | J | A | |
| 70. | | | | | BUY | 1/31 | J | | |
| 71. | | | | | PART SALE | 2/26 | J | A | |
| 72. | | | | | PART SALE | 3/20 | J | A | |
| 73. | | | | | BUY | 8/13 | J | | |
| 74. | | | | | PART SALE | 10/30 | J | | |
| 75. | | | | | BUY | 3/9 | J | | |
| 76. CITI CC ISSUANCE ABS 2003 3/1% 3/10/10 | A | Interest | J | T | BUY | 3/15 | J | | |
| 77. CITIGROUP INC - SUB NOTES | A | Interest | J | T | BUY | 3/27 | J | | |
| 78. CITRIX SYSTEMS | | None | J | T | BUY | 10/23 | J | | |
| 79. Coca Cola Com | A | Dividend | J | T | PART SALE | 2/26 | J | A | |
| 80. | | | | | BUY | 3/20 | J | | |
| 81. | | | | | BUY | 3/8 | J | | |
| 82. Colgate Palmolive | A | Dividend | J | T | BUY | 3/20 | J | | |
| 83. | | | | | BUY | 8/8 | J | | |
| 84. Comcast Corp New Cl A | | None | J | T | PART SALE | 2/26 | J | | |
| 85. | | | | | BUY | 10/30 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | BUY | 1/31 | J | | |
| 87. COMCAST CORP - BONDS | A | Interest | J | T | BUY | 8/31 | J | | |
| 88. Conoco Phillips | A | Dividend | J | T | PART SALE | 2/26 | J | C | |
| 89. | | | | | PART SALE | 3/20 | J | A | |
| 90. | | | | | BUY | 3/8 | J | | |
| 91. COVENTRY HEALTH CARE CIN | | None | J | T | BUY | 8/21 | J | | |
| 92. | | | | | BUY | 8/22 | J | | |
| 93. | | | | | BUY | 8/23 | J | | |
| 94. Credit Suisse GP ADR (X) | A | Dividend | J | T | | | | | |
| 95. CURRENCY SHARES EURO TR | A | Interest | J | T | BUY | 2/15 | J | | |
| 96. DAIMLERCHRYSLER NA HOLDING-BONDS 6.5% 11/15/2013 | A | Interest | J | T | BUY | 5/21 | J | | |
| 97. DANAHER CORP DEL | A | Dividend | J | T | BUY | 3/20 | J | | |
| 98. | | | | | PART SALE | 10/25 | J | A | |
| 99. DBS GROUP HOLDINGS SPN ADR | A | Dividend | J | T | BUY | 10/23 | J | | |
| 100. DEUTSCHE BANK AG LONDON BONDS-5.375% 10/12/12 | | None | J | T | BUY | 10/16 | J | | |
| 101. Diageo PLC SPSD ADR | A | Dividend | J | T | PART SALE | 3/20 | J | A | |
| 102. | | | | | PART SALE | 1/26 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 ● =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | BUY | 4/16 | J | | |
| 104. DIAMOND OFFSHORE DRLNG (X) | | None | J | T | | | | | |
| 105. DOMINION RESOURCES, INC-4.125% 2/15/08 | A | Interest | J | T | BUY | 3/27 | J | | |
| 106. E ON AG (X) | | None | J | T | | | | | |
| 107. EBAY INC | | None | J | T | BUY | 10/16 | J | | |
| 108. | | | | | BUY | 12/13 | J | | |
| 109. E M C CORPORATION MAS | | None | J | T | BUY | 3/20 | J | | |
| 110. | | | | | PART SALE | 11/15 | J | | |
| 111. Emerson Electric Co | A | Dividend | J | T | PART SALE | 2/26 | J | A | |
| 112. | | | | | BUY | 3/20 | J | | |
| 113. ENI S P A Sponsored ADR | A | Dividend | | | SOLD | 1/31 | J | A | |
| 114. EOG RESOURCES | A | Dividend | J | | BUY | 3/20 | J | | |
| 115. Exelon Corporations | A | Dividend | J | T | PART SALE | 3/20 | J | B | |
| 116. EXELON CORP BONDS 4.9% 6/15/2015 | | None | J | T | BUY | 5/10 | J | | |
| 117. | | | | | PART SALE | 6/7 | J | | |
| 118. | | | | | BUY | 10/22 | J | | |
| 119. EXPEDIA INC DEL | | None | J | T | BUY | 12/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (●-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | BUY | 12/11 | J | | |
| 121.  Exxon Mobil | A | Dividend | J | T | PART SALE | 2/26 | J | | |
| 122. | | | | | PART SALE | 3/20 | J | A | |
| 123. | | | | | PART SALE | 1/26 | J | A | |
| 124. | | | | | BUY | 4/16 | J | | |
| 125. | | | | | BUY | 3/9 | J | | |
| 126.  FAMILY DOLLAR STORES (X) | A | Dividend | J | T | | | | | |
| 127.  Fannie Mae (US) Com NPV | A | Distribution | J | T | BUY | 1/31 | J | | |
| 128. | | | | | PART SALE | 3/20 | J | | |
| 129.  FED NAT'L MORTGAGE ASSOC -7.125% 6/15/2010 | A | Interest | J | T | BUY | 5/8 | J | | |
| 130.  FED HOME LN MTG CORP-4.875% 11/15/013 | A | Interest | J | T | BUY | 8/15 | J | | |
| 131.  FED HOME LN MTG CORP-5.125% 10/15/08 | A | Interest | J | T | BUY | 3/9 | J | | |
| 132. | | | | | BUY | 7/17 | J | | |
| 133.  FED HOME LN MTG CORP-5.125% 7/15/2012 | | None | J | T | BUY | 9/21 | J | | |
| 134.  FED NAT'L MTG ASSOC-5.125% 4/15/08 | | None | J | T | BUY | 12/14 | J | | |
| 135.  FED NAT'L MTG ASSOC-5% 5/11/17 | A | Interest | J | T | BUY | 7/5 | J | | |
| 136. | | | | | PART SALE | 10/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | | | | | BUY | 11/8 | J | | |
| 138. FED NAT'L MTG ASSOC-3.875% 2/15/10 | A | Interest | J | T | BUY | 10/16 | J | | |
| 139. FED NAT'L MTG ASSOC-3.25% 8/15/08 | | None | J | T | BUY | 11/19 | J | | |
| 140. FED NAT'L MTG ASSOC-6% 5/15/08 | A | Interest | J | T | BUY | 3/9 | J | | |
| 141. | | | | | BUY | 10/18 | J | | |
| 142. FED NAT'L MTG ASSOC-5.375% 7/15/2016 | A | Interest | J | T | BUY | 3/23 | J | | |
| 143. | | | | | BUY | 4/25 | J | | |
| 144. | | | | | PART SALE | 8/7 | J | | |
| 145. | | | | | BUY | 9/13 | J | | |
| 146. FED NAT'L MTG ASSOC-6.125% 3/15/2012 | A | Interest | J | T | BUY | 3/23 | J | | |
| 147. | | | | | PART SALE | 8/7 | J | A | |
| 148. FED NAT'L MTG ASSOC-0% 1/25/08 | | None | K | T | BUY | 12/4 | K | | |
| 149. FHLMC G1 05 50% 2021 | A | Interest | J | T | BUY | 3/19 | J | | |
| 150. FIDELITY ADVISOR NEW | | None | J | T | BUY | 3/9 | J | | |
| 151. First Data Corporation | A | Dividend | | | PART SALE | 1/26 | J | | |
| 152. | | | | | SOLD | 4/20 | J | | |
| 153. FLEXTRONICS | | None | J | T | BUY | 10/4 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. FNMA P725690 6% 2034 | A | Interest | K | T | BUY | 3/15 | J | | |
| 155. | | | | | BUY | 9/18 | J | | |
| 156. FNMA P745944 5% 2033 | A | Interest | J | T | BUY | 3/15 | J | | |
| 157. FNMA P745946 5% 2036 | A | Interest | J | T | BUY | 3/16 | J | | |
| 158. FNMA P888129 5.5% 2037 | A | Interest | J | T | BUY | 6/19 | J | | |
| 159. FNMA P910332 5% 2037 | A | Interest | K | T | BUY | 4/13 | K | | |
| 160. FNMA P912872 5.5% 2037 | A | Interest | J | T | BUY | 9/25 | J | | |
| 161. FNMA P916493 5% 2037 | A | Interest | K | T | BUY | 6/12 | K | | |
| 162. FOMENTO ECNMCO MEX SPADR | | None | J | T | BUY | 10/4 | J | | |
| 163. | | | | | PART SALE | 11/23 | J | | |
| 164. FREDDIE MAC | A | Dividend | J | T | BUY | 3/8 | J | | |
| 165. | | | | | PART SALE | 11/28 | J | | |
| 166. | | | | | PART SALE | 12/6 | J | | |
| 167. FUJIFIM HLDGS CORP ADR | A | Dividend | J | T | BUY | 1/31 | J | | |
| 168. GANNETT CO (X) | A | Dividend | J | T | | | | | |
| 169. General Electric | A | Dividend | J | T | PART SALE | 2/26 | J | | |
| 170. | | | | | BUY | 3/20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | PART SALE | 4/26 | J | A | |
| 172. | | | | | PART SALE | 6/26 | J | A | |
| 173. | | | | | BUY | 3/9 | J | | |
| 174.  GENL DYNAMICS | A | Dividend | J | T | BUY | 3/20 | J | | |
| 175. | | | | | BUY | 3/9 | J | | |
| 176.  GlaxoSmithKline PLC ADR | A | Dividend | J | T | BUY | 3/8 | J | | |
| 177.  GOLD FIELDS SP ADR NEW (X) | A | Dividend | J | T | | | | | |
| 178.  GOLDCORP INC | A | Dividend | J | T | BUY | 6/11 | J | | |
| 179.  Goldman Sachs Group Inc | A | Dividend | J | T | PART SALE | 3/20 | J | A | |
| 180. | | | | | BUY | 8/13 | J | | |
| 181. | | | | | PART SALE | 8/20 | J | | |
| 182. | | | | | BUY | 3/9 | J | | |
| 183. | | | | | PART SALE | 9/26 | J | A | |
| 184.  GOLDMAN SACHS GROUP INC - NOTES | A | Int./Div. | J | T | BUY | 3/27 | J | | |
| 185.  GOOGLE INC | | None | J | T | BUY | 3/20 | J | | |
| 186.  GROUPE DANONE (X) | | None | J | T | | | | | |
| 187.  Halliburton Company | A | Dividend | J | T | PART SALE | 2/26 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | BUY | 5/21 | J | | |
| 189. HARBOR INTERNATIONAL | A | Dividend | J | T | BUY | 10/5 | J | | |
| 190. Hartford Financial Services Inc | A | Dividend | J | T | BUY | 1/31 | J | | |
| 191. | | | | | PART SALE | 3/20 | J | A | |
| 192. HASBRO INC COM | A | Dividend | J | T | BUY | 3/9 | J | | |
| 193. Heineken NV ADR | A | Dividend | J | T | PART SALE | 1/26 | J | A | |
| 194. Home Depot Inc | A | Dividend | J | T | PART SALE | 2/26 | J | A | |
| 195. | | | | | PART SALE | 2/27 | J | A | |
| 196. | | | | | BUY | 5/3 | J | | |
| 197. | | | | | PART SALE | 8/10 | J | | |
| 198. Honeywell Intl Inc Del | A | Dividend | J | T | PART SALE | 2/26 | J | A | |
| 199. | | | | | PART SALE | 5/4 | J | A | |
| 200. Hoya Corp (Y) | | | | | | | | | |
| 201. HSBC Hldg PLC Sp ADR | A | Dividend | J | T | PART SALE | 2/26 | J | | |
| 202. | | | | | BUY | 4/16 | J | | |
| 203. HUMANA INC | | None | J | T | BUY | 3/9 | J | | |
| 204. IMB CORP 4.47% 11/19/2012 | A | Interest | J | T | BUY | 10/30 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (O-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. INGERSOLL RAND CO LTD A | A | Dividend | J | T | BUY | 1/31 | J | | |
| 206. Intel Corp | A | Dividend | J | T | PART SALE | 2/26 | J | A | |
| 207. | | | | | PART SALE | 3/20 | J | | |
| 208. | | | | | BUY | 4/30 | J | | |
| 209. | | | | | BUY | 8/1 | J | | |
| 210. | | | | | BUY | 8/13 | J | | |
| 211. International Business Machines | A | Dividend | J | T | BUY | 7/24 | J | | |
| 212. | | | | | PART SALE | 10/10 | J | | |
| 213. | | | | | PART SALE | 1/26 | J | | |
| 214. | | | | | BUY | 8/7 | J | | |
| 215. | | | | | PART SALE | 3/9 | J | | |
| 216. | | | | | BUY | 3/8 | J | | |
| 217. International Paper Co | A | Dividend | J | T | BUY | 1/31 | J | | |
| 218. Intuit Inc Com | | None | J | T | BUY | 5/14 | J | | |
| 219. | | | | | BUY | 5/24 | J | | |
| 220. | | | | | BUY | 3/9 | J | | |
| 221. | | | | | PART SALE | 5/1 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. JANUS ADVISOR FORTY | | None | J | T | BUY | 3/9 | J | | |
| 223. JENNISON SMALL COMPANY (X) | | None | J | T | | | | | |
| 224. JOHN DEERE CAPITAL CORP | A | Dividend | J | T | BUY | 3/27 | J | | |
| 225. Johnson & Johnson | A | Dividend | J | T | PART SALE | 2/26 | J | | |
| 226. | | | | | PART SALE | 7/24 | J | A | |
| 227. | | | | | BUY | 11/14 | J | | |
| 228. | | | | | BUY | 3/9 | J | | |
| 229. | | | | | PART SALE | 4/16 | J | A | |
| 230. JP Morgan Chase & Co | A | Dividend | K | T | BUY | 1/31 | J | | |
| 231. | | | | | PART SALE | 2/26 | J | A | |
| 232. | | | | | BUY | 11/19 | J | | |
| 233. | | | | | BUY | 3/9 | J | | |
| 234. | | | | | BUY | 3/8 | J | | |
| 235. JP MORGAN CHASE BONDS | A | Interest | J | T | BUY | 3/27 | J | | |
| 236. Keycorp New Com | A | Dividend | J | T | PART SALE | 2/26 | J | A | |
| 237. | | | | | BUY | 3/8 | J | | |
| 238. Kimberly Clark | A | Dividend | J | T | BUY | 1/31 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | PART SALE | 2/26 | J | A | |
| 240. | | | | | BUY | 3/8 | J | | |
| 241. KING PHARMACEUTICALS INC | | None | J | T | BUY | 3/9 | J | | |
| 242. KIRIN BREWERY LTD SP ADR | A | Dividend | J | T | BUY | 2/2 | J | | |
| 243. Kraft Foods Inc | A | Dividend | J | T | BUY | 4/11 | J | | |
| 244. | | | | | BUY | 9/6 | J | | |
| 245. | | | | | PART SALE | 10/2 | J | A | |
| 246. KROGER CO | A | Dividend | J | T | BUY | 11/23 | J | | |
| 247. | | | | | BUY | 12/28 | J | | |
| 248. | | | | | BUY | 4/18 | J | | |
| 249. | | | | | BUY | 4/19 | J | | |
| 250. KT CORP ADR | | None | J | T | BUY | 3/28 | J | | |
| 251. L-3 COMMUNICATIONS HOLDING | A | Dividend | J | T | BUY | 3/20 | J | | |
| 252. | | | | | PART SALE | 5/2 | J | A | |
| 253. | | | | | BUY | 10/1 | J | | |
| 254. | | | | | BUY | 10/2 | J | | |
| 255. | | | | | BUY | 10/3 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ N●NE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Lauder, Estee Cos Inc (Y) | | | | | | | | | |
| 257. Lehman Brothers HLDGS Com | A | Dividend | J | T | PART SALE | 3/20 | J | A | |
| 258. | | | | | BUY | 3/20 | J | | |
| 259. | | | | | BUY | 3/9 | J | | |
| 260. | | | | | PART SALE | 10/8 | J | | |
| 261. | | | | | PART SALE | 10/9 | J | | |
| 262. LINCOLN NTL CORP | A | Dividend | J | T | BUY | 3/20 | J | | |
| 263. | | | | | PART SALE | 7/31 | J | | |
| 264. | | | | | BUY | 3/8 | J | | |
| 265. Lockheed Martin Corp | A | Dividend | J | T | PART SALE | 3/20 | J | A | |
| 266. | | | | | BUY | 8/29 | J | | |
| 267. | | | | | BUY | 10/16 | J | | |
| 268. | | | | | BUY | 3/7 | J | | |
| 269. | | | | | PART SALE | 12/3 | J | A | |
| 270. Loews Corp | | None | J | T | PART SALE | 2/26 | J | A | |
| 271. | | | | | BUY | 2/21 | J | | |
| 272. LONMIN PLC SPON ADR | | None | J | T | BUY | 2/2 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. MARATHON OIL CORP | A | Dividend | J | T | PART SALE | 2/26 | J | A | |
| 274. | | | | | BUY | 3/9 | J | | |
| 275. | | | | | PART SALE | 5/21 | J | A | |
| 276. | | | | | BUY | 3/8 | J | | |
| 277. | | | | | PART SALE | 3/29 | J | A | |
| 278. MARATHON OIL CORP-6% 10/01/2017 | A | Interest | J | T | BUY | 10/3 | J | | |
| 279. Masco Corp | A | Distribution | | | SOLD | 3/20 | J | | |
| 280. MATTEL INC COM | | None | J | T | BUY | 3/9 | J | | |
| 281. | | | | | BUY | 3/8 | J | | |
| 282. McGraw Hill Companies | | None | | | SOLD | 2/26 | J | A | |
| 283. MCDONALDS CORP | A | Dividend | J | T | PART SALE | 2/26 | J | A | |
| 284. | | | | | BUY | 3/20 | J | | |
| 285. MCKESSON CORPORATION COM | | None | J | T | BUY | 3/9 | J | | |
| 286. Medco Health Solutions | | None | J | T | BUY | 3/26 | J | | |
| 287. Medtronic Inc. Com | A | Dividend | J | T | PART SALE | 2/26 | J | | |
| 288. | | | | | BUY | 3/20 | J | | |
| 289. | | | | | BUY | 8/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | PART SALE | 11/21 | J | | |
| 291. MEMC ELECTR MATLS INC | | None | J | T | BUY | 5/17 | J | | |
| 292. | | | | | BUY | 7/17 | J | | |
| 293. | | | | | PART SALE | 11/5 | J | A | |
| 294. Merck & Co Inc | A | Dividend | J | T | PART SALE | 2/26 | J | A | |
| 295. | | | | | PART SALE | 3/20 | J | A | |
| 296. | | | | | BUY | 10/10 | J | | |
| 297. | | | | | BUY | 10/22 | J | | |
| 298. | | | | | BUY | 11/16 | J | | |
| 299. | | | | | BUY | 3/7 | J | | |
| 300. | | | | | PART SALE | 11/5 | J | A | |
| 301. Metlife Inc | | None | | | PART SALE | 2/26 | J | A | |
| 302. | | | | | SOLD | 3/20 | J | A | |
| 303. METLIFE INC-SENIOR NOTES | A | Interest | J | T | BUY | 3/27 | J | | |
| 304. MFS RESEARCH BON CL A (X) | A | Dividend | J | T | | | | | |
| 305. MFS RESEARCH INTL FUND (X) | A | Dividend | J | T | | | | | |
| 306. Microsoft Corp | A | Dividend | J | T | BUY | 1/31 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. | | | | | PART SALE | 2/26 | J | | |
| 308. | | | | | BUY | 3/20 | J | | |
| 309. | | | | | PART SALE | 4/26 | J | A | |
| 310. | | | | | BUY | 10/22 | J | | |
| 311. | | | | | PART SALE | 1/26 | J | A | |
| 312. | | | | | BUY | 2/23 | J | | |
| 313. | | | | | PART SALE | 8/17 | J | A | |
| 314. | | | | | BUY | 3/9 | J | | |
| 315. Mitsubishi UFJ Financial Group | A | Dividend | | | BUY | 4/16 | J | | |
| 316. | | | | | SOLD | 10/19 | J | | |
| 317. MONSANTO CO NEW DEL COM | A | Dividend | J | T | BUY | 3/20 | J | | |
| 318. | | | | | PART SALE | 8/20 | J | A | |
| 319. | | | | | PART SALE | 10/5 | J | A | |
| 320. Morgan Stanley | A | Dividend | | | PART SALE | 1/31 | J | A | |
| 321. | | | | | BUY | 3/8 | J | | |
| 322. | | | | | PART SALE | 2/26 | J | A | |
| 323. | | | | | SOLD | 6/21 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  MORGAN STANLEY - NOTES | A | Interest | J | T | BUY | 3/27 | J | | |
| 325.  MOTOROLA INC | A | Dividend | J | T | BUY | 1/31 | J | | |
| 326.  National-Oilwell Varco Inc | | None | J | T | BUY | 3/20 | J | | |
| 327.  Nestle S A Rep RG ADR | | None | J | T | PART SALE | 2/26 | J | A | |
| 328. | | | | | BUY | 7/12 | J | | |
| 329. | | | | | PART SALE | 8/7 | J | A | |
| 330.  NEWMONT MINING CORP | | None | J | T | BUY | 4/9 | J | | |
| 331.  NEWS AMERICA INC 5.3% 12/15/2014 | A | Interest | J | T | BUY | 5/8 | J | | |
| 332.  News Corp CL A (Y) | | | | | | | | | |
| 333.  News Corp LTD | | None | J | T | PART SALE | 2/26 | J | | |
| 334. | | | | | BUY | 9/27 | J | | |
| 335. | | | | | BUY | 10/11 | J | | |
| 336.  Nike Inc CL B | A | Dividend | J | T | BUY | 10/10 | J | | |
| 337.  NIPPON TELG&TEL SPDN ADR | A | Dividend | J | T | BUY | 1/31 | J | | |
| 338.  NM GEL CAP CORP | A | Interest | J | T | BUY | 3/27 | J | | |
| 339.  NM HOUSEHOLD FIN CORP | A | Interest | J | T | BUY | 3/27 | J | | |
| 340.  NOBLE ENERGY INC | A | Dividend | J | T | BUY | 1/31 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Nokia Corp | A | Dividend | J | T | BUY | 9/27 | J | | |
| 342. | | | | | BUY | 12/26 | J | | |
| 343. Nomura Holdings Inc | A | Dividend | J | T | BUY | 4/16 | J | | |
| 344. | | | | | PART SALE | 9/13 | J | | |
| 345. Norfolk Southern Corp | A | Dividend | J | T | PART SALE | 2/26 | J | A | |
| 346. | | | | | PART SALE | 3/20 | J | A | |
| 347. NORTN TRUST CORP | | None | J | T | BUY | 10/11 | J | | |
| 348. Northrop Grumman Corp | A | Dividend | | | SOLD | 3/20 | J | A | |
| 349. Novartis ADR | A | Dividend | J | T | BUY | 3/20 | J | | |
| 350. | | | | | PART SALE | 7/20 | J | | |
| 351. | | | | | BUY | 8/7 | J | | |
| 352. NOVELLUS SYS INC | | None | J | T | BUY | 3/9 | J | | |
| 353. NVIDIA | | None | J | T | BUY | 3/9 | J | | |
| 354. | | | | | PART SALE | 4/18 | J | A | |
| 355. | | | | | BUY | 12/3 | J | | |
| 356. Occidental Petroleum Corp | A | Dividend | J | T | PART SALE | 2/26 | J | | |
| 357. | | | | | BUY | 7/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | BUY | 3/9 | J | | |
| 359. | | | | | PART SALE | 4/16 | J | A | |
| 360. | | | | | BUY | 3/8 | J | | |
| 361.  Omnicon Group Com | | None | J | T | PART SALE | 2/26 | J | A | |
| 362. | | | | | BUY | 10/15 | J | | |
| 363.  Oracle Corp | | None | J | T | PART SALE | 2/'26 | J | A | |
| 364. | | | | | PART SALE | 3/20 | J | A | |
| 365. | | | | | BUY | 8/29 | J | | |
| 366. | | | | | BUY | 9/6 | J | | |
| 367. | | | | | BUY | 3/9 | J | | |
| 368.  Oracle Corp $.01 DEL (Y) | | | | | | | | | |
| 369.  PARKER HANNIFIN CORP | A | Dividend | J | T | BUY | 11/6 | J | | |
| 370. | | | | | BUY | 11/7 | J | | |
| 371.  PEPSI BOTTLING GROUP INC | | None | J | T | BUY | 12/17 | J | | |
| 372.  Pepsico Inc | A | Dividend | J | T | PART SALE | 2/26 | J | A | |
| 373. | | | | | BUY | 3/20 | J | | |
| 374. | | | | | PART SALE | 5/23 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (●-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375.  PETRLEO BRAS VTG SPD ADR | A | Dividend | J | T | BUY | 7/6 | J | | |
| 376. | | | | | PART SALE | 12/24 | J | A | |
| 377.  PETRO CANADA | | None | J | T | BUY | 5/22 | J | | |
| 378.  Pfizer Inc Del PV .05 | A | Dividend | J | T | PART SALE | 2/26 | J | A | |
| 379. | | | | | BUY | 3/9 | J | | |
| 380. | | | | | BUY | 3/8 | J | | |
| 381.  PIMCO FIXED INCOME SHS SERIES C INSTL | B | Dividend | K | T | BUY | 3/8 | K | | |
| 382.  PIMCO FIXED INCOME SHS SERIES M INSTL | B | Dividend | K | T | BUY | 3/8 | K | | |
| 383.  PITNEY BOWES INC | A | Dividend | J | T | BUY | 1/31 | J | | |
| 384.  PPG Industries | A | Dividend | | | SOLD | 3/20 | J | A | |
| 385.  PRECISION CASTPARTS | | None | J | T | BUY | 3/20 | J | | |
| 386.  Proctor Gamble | A | Dividend | J | T | PART SALE | 2/26 | J | A | |
| 387. | | | | | BUY | 3/20 | J | | |
| 388. | | | | | BUY | 5/21 | J | | |
| 389. | | | | | BUY | 3/9 | J | | |
| 390.  PROMISE CO LTD | | None | J | T | BUY | 2/2 | J | | |
| 391.  PRUDENTIAL PLC | | None | J | T | BUY | 3/20 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | PART SALE | 4/26 | J | A | |
| 393. | | | | | BUY | 7/25 | J | | |
| 394. | | | | | BUY | 12/14 | J | | |
| 395. QWEST COMM INTL INC COM | | None | J | T | BUY | 3/9 | J | | |
| 396. | | | | | PART SALE | 12/17 | J | | |
| 397. RR DONNELLEY SONS | A | Dividend | J | T | BUY | 3/8 | J | | |
| 398. Radian Group Inc | | None | J | T | BUY | 1/31 | J | | |
| 399. RADIOSHACK CORP | | None | J | T | BUY | 4/18 | J | | |
| 400. Raytheon Co Delaware New | A | Dividend | J | T | BUY | 3/9 | J | | |
| 401. REGIONS FINL CORP | A | Dividend | J | T | BUY | 3/8 | J | | |
| 402. Reinsurance Group of America (Y) | | | | | | | | | |
| 403. RESEARCH IN MOTION | | None | J | T | BUY | 11/19 | J | | |
| 404. Resolution Trust Funding Corp Coupon Strips 0% - 1/15/12 | | None | K | T | | | | | |
| 405. REYNOLDS AMERICAN INC | A | Dividend | J | T | BUY | 3/8 | J | | |
| 406. ROCHE HLDG LTD | | None | J | T | BUY | 4/24 | J | | |
| 407. | | | | | BUY | 5/7 | J | | |
| 408. | | | | | BUY | 7/24 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | PART SALE | 8/7 | J | A | |
| 410. ROCKWELL AUTOMATION | A | Dividend | J | T | BUY | 3/20 | J | | |
| 411. | | | | | PART SALE | 7/27 | J | A | |
| 412. | | | | | PART SALEE | 8/22 | J | A | |
| 413. | | | | | BUY | 9/26 | J | | |
| 414. ROYAL DUTCH SHELL (FORMALLY Royal Dutch Pete) | A | Dividend | J | T | BUY | 1/31 | J | | |
| 415. | | | | | PART SALE | 2/26 | J | | |
| 416. Sanofi Aventis Spon ADR | A | Dividend | J | T | PART SALE | 10/24 | J | | |
| 417. SBC COMMUNICATIONS | A | Interest | J | T | BUY | 3/27 | J | | |
| 418. Schlumberger Ltd | A | Dividend | J | T | PART SALE | 2/27 | J | | |
| 419. | | | | | BUY | 3/20 | J | | |
| 420. | | | | | BUY | 4/23 | J | | |
| 421. SEAGATE TECHNOLOGIES | A | Dividend | J | T | BUY | 3/8 | J | | |
| 422. SEKISUI HSE LD SPONS ADR (X) | | None | J | T | | | | | |
| 423. SEMPRA ENERGY | A | Dividend | J | T | BUY | 3/8 | J | | |
| 424. SIMON PROPERTIES | A | Interest | J | T | BUY | 3/27 | J | | |
| 425. Singapore Telecomm Lt Ad | A | Dividend | J | T | PART SALE | 1/26 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Societe General Spn ADR (Y) | | | | | | | | | |
| 427. SPECTRA ENERGY CORP | A | Dividend | J | T | BUY | 8/21 | J | | |
| 428. SPRINT NEXTEL CORP COM SER J (FORMALLY Sprint Corp) | A | Dividend | J | T | BUY | 1/31 | J | | |
| 429. | | | | | PART SALE | 3/20 | J | A | |
| 430. STATE STREET CORP | A | Dividend | J | T | BUY | 6/26 | J | | |
| 431. Suez ADR | A | Dividend | J | T | PART SALE | 1/26 | J | A | |
| 432. Sumitomo Mitsu Finl ADR | A | Dividend | J | T | | | | | |
| 433. SUN MISCROSYSTEMS INC | | None | J | T | BUY | 3/20 | J | | |
| 434. | | | | | PART SALE | 5/8 | J | | |
| 435. | | | | | PART SALE | 6/5 | J | | |
| 436. | | | | | PART SALE | 8/26 | J | | |
| 437. | | | | | BUY | 5/3 | J | | |
| 438. Suntrust Banks Inc | | None | | | SOLD | 3/20 | J | A | |
| 439. Swiss Reins Sponsored ADR (Y) | | | | | | | | | |
| 440. SWISSCOM AG ADR | A | Dividend | J | T | BUY | 2/2 | J | | |
| 441. Syngenta AG ADR (Y) | | | | | | | | | |
| 442. Target Corp | A | Dividend | | | PART SALE | 2/26 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | BUY | 3/20 | J | | |
| 444. | | | | | SOLD | 10/2 | J | A | |
| 445. TELECOM ITALIA SPA ADR | A | Distribution | J | T | BUY | 2/2 | J | | |
| 446. Tesco Plc Spnrd ADR | | None | | | SOLD | 6/26 | J | A | |
| 447. TEXTRON INC | | None | J | T | BUY | 2/16 | J | | |
| 448. | | | | | PART SALE | 8/7 | J | A | |
| 449. THERMO FISHER SCIENTIFIC | | None | J | T | BUY | 2/21 | J | | |
| 450. | | | | | PART SALE | 2/26 | J | | |
| 451. | | | | | BUY | 3/20 | J | | |
| 452. THORNBURG INTERNATIONAL (X) | | None | J | T | | | | | |
| 453. TIGR Series 12 - 0% - 5/15/08 | | None | K | T | PART SALE | 3/8 | J | A | |
| 454. TIGR Series 15 - 0% - 2/15/08 | | None | | | SOLD | 3/8 | K | A | |
| 455. TIGR Series 18 - 0% - 2/15/07 | | None | | | PART SALE | 1/14 | J | A | |
| 456. | | | | | SOLD | 2/17 | L | A | |
| 457. TII Network Technologies - stock (Y) | | | | | | | | | |
| 458. TIME WARNER INC GLOBAL NOTES | A | Interest | J | T | BUY | 3/27 | J | | |
| 459. | | | | | BUY | 4/30 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. TNT N V ADR | A | Dividend | J | T | | | | | |
| 461. Total S.A. Sp ADR | A | Dividend | J | T | PART SALE | 5/21 | J | A | |
| 462. | | | | | PART SALE | 2/26 | J | A | |
| 463. | | | | | PART SALE | 3/20 | J | A | |
| 464. TRAVELERS COS INC | A | Dividend | J | T | BUY | 8/13 | J | | |
| 465. | | | | | BUY | 3/8 | J | | |
| 466. TXU Corp | A | Dividend | | | BUY | 3/8 | J | | |
| 467. | | | | | SOLD | 8/27 | J | A | |
| 468. UBS AG | A | Dividend | | | PART SALE | 3/20 | J | A | |
| 469. | | | | | SOLD | 12/20 | J | | |
| 470. UNION PACIFIC CORP | A | Dividend | J | T | BUY | 1/31 | J | | |
| 471. United Parcel Services | A | Dividend | | | SOLD | 2/26 | J | | |
| 472. United Techs Corp Com | A | Distribution | J | T | PART SALE | 2/26 | J | A | |
| 473. | | | | | BUY | 8/22 | J | | |
| 474. | | | | | PART SALE | 10/25 | J | A | |
| 475. UnitedHealth Group Inc | | None | | | PART SALE | 2/26 | J | | |
| 476. | | | | | BUY | 3/20 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | PART SALE | 7/24 | J | | |
| 478. | | | | | SOLD | 10/9 | J | | |
| 479. US TREASURY BOND-9% 11/15/18 | A | Interest | J | T | BUY | 3/9 | J | | |
| 480. US TREASURY BOND-10.625% 8/15/15 | A | Interest | J | T | BUY | 3/9 | J | | |
| 481. | | | | | BUY | 7/17 | J | | |
| 482. US TREASURY INFLATION NOTES-3.625% 1/15/08 | A | Interest | K | T | BUY | 3/9 | K | | |
| 483. US TREASURY NOTE-4.25% 11/15/2017 | | None | J | T | BUY | 11/29 | J | | |
| 484. US TREASURY NOTE-4.375% 8/15/2012 | | None | J | T | BUY | 8/27 | J | | |
| 485. | | | | | PART SALE | 8/31 | J | A | |
| 486. | | | | | BUY | 9/12 | J | | |
| 487. US TREASURY NOTES-3.25% 1/15/09 | A | Interest | J | T | BUY | 4/20 | J | | |
| 488. US TREASURY NOTE-3.375% 12/15/08 | A | Interest | J | T | BUY | 4/2 | J | | |
| 489. US TREASURY NOTES-5% 2/15/2011 | A | Interest | J | T | BUY | 3/21 | J | | |
| 490. US TRSY INFLATION NOTE.875% 4/15/10 | A | Interest | J | T | BUY | 3/9 | J | | |
| 491. | | | | | BUY | 7/17 | J | | |
| 492. US TRSY INFLATION NOTE-3% 7/15/2012 | A | Interest | J | T | BUY | 3/9 | J | | |
| 493. USD CANADIAN NATURAL RES-5.7% 5/15/2017 | A | Interest | J | T | BUY | 10/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. V F CORPORATION | A | Dividend | J | T | BUY | 3/8 | J | | |
| 495. Valero Energy Corp New | A | Dividend | J | T | BUY | 3/20 | J | | |
| 496. | | | | | PART SALE | 2/26 | J | A | |
| 497. | | | | | PART SALE | 7/6 | J | A | |
| 498. | | | | | BUY | 3/9 | J | | |
| 499. | | | | | BUY | 8/6 | J | | |
| 500. VAN KAMPEN | A | Dividend | J | T | BUY | 3/9 | J | | |
| 501. VERIZON COMMUNICATION COM | A | Dividend | J | T | BUY | 3/8 | J | | |
| 502. Viacom Inc Cl B | | None | | | SOLD | 2/26 | J | | |
| 503. Viacom Inc New | | None | J | T | BUY | 1/31 | J | | |
| 504. | | | | | PART SALE | 2/26 | J | | |
| 505. Vodafone Grp PLC Spn ADR | A | Dividend | J | T | BUY | 1/31 | J | | |
| 506. | | | | | BUY | 4/16 | J | | |
| 507. | | | | | PART SALE | 8/7 | J | A | |
| 508. WACHOVIA CORP NEW | A | Dividend | J | T | BUY | 3/8 | J | | |
| 509. WACHOVIA CORP BOND | A | Interest | J | T | BUY | 3/27 | J | | |
| 510. Walgreen Co | | None | | | SOLD | 2/26 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Wal-Mart Stores Inc | A | Dividend | | | PART SALE | 2/26 | J | A | |
| 512. | | | | | BUY | 3/20 | J | | |
| 513. | | | | | SOLD | 7/17 | J | A | |
| 514. Wellpoint Inc | | None | J | T | PART SALE | 2/26 | J | A | |
| 515. | | | | | BUY | 6/26 | J | | |
| 516. | | | | | BUY | 6/27 | J | | |
| 517. WELLS FARGO & CO NEW DEL | A | Dividend | J | T | BUY | 1/31 | J | | |
| 518. WHIRLPOOL CORP | | None | J | T | BUY | 3/8 | J | | |
| 519. WINDSTREAM | A | Dividend | J | T | BUY | 3/20 | J | | |
| 520. | | | | | PART SALE | 5/9 | J | A | |
| 521. | | | | | BUY | 3/8 | J | | |
| 522. Wyeth | A | Dividend | J | T | PART SALE | 3/20 | J | A | |
| 523. XEROX CORP | | None | J | T | BUY | 3/9 | J | | |
| 524. XTO ENERGY | | None | J | T | BUY | 9/24 | J | | |
| 525. XTO ENERGY INC-6.25% 8/1/2017 | | None | J | T | BUY | 10/19 | J | | |
| 526. Yahoo Inc | | None | | | SOLD | 2/26 | J | A | |
| 527. Zurich Finl Svcs Spn ADR | A | Dividend | J | T | BUY | 9/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528.  Adesca Inc | | None | | | SOLD | 3/9 | J | A | |
| 529.  Accenture Ltd | | None | | | SOLD | 3/20 | J | A | |
| 530.  Burlington N Santa Fe | A | Dividend | J | T | PART SALE | 3/20 | J | B | |
| 531. | | | | | BUY | 5/9 | J | | |
| 532.  Devon Energy Corp | A | Dividend | | | PART SALE | 2/26 | J | A | |
| 533. | | | | | SOLD | 3/20 | J | A | |
| 534.  Deere Co | A | Dividend | | | BUY | 3/8 | J | | |
| 535. | | | | | PART SALE | 3/20 | J | A | |
| 536. | | | | | SOLD | 6/11 | J | A | |
| 537.  Dominion Res Inc | A | Dividend | | | SOLD | 3/20 | J | A | |
| 538.  Hewlett Packard Co | A | Dividend | J | T | BUY | 3/20 | J | | |
| 539. | | | | | BUY | 3/9 | J | | |
| 540. | | | | | PART SALE | 7/16 | J | A | |
| 541.  ML Bank USA Rasp Money Market | A | Dividend | L | T | | | | | |
| 542.  PNC Financial Services Group | A | Dividend | | | SOLD | 3/20 | J | A | |
| 543.  Sara Lee Corp Com (Y) | | | | | | | | | |
| 544.  Sysco Corporation | A | Dividend | | | SOLD | 2/26 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. @ Whole Foods Mkt Inc Com (Y) | | | | | | | | | |
| 546. Praxair Inc | A | Dividend | | | PART SALE | 2/26 | J | A | |
| 547. | | | | | BUY | 1/17 | J | | |
| 548. | | | | | SOLD | 3/20 | J | | |
| 549. Royal Bank - bank accounts | A | Interest | J | T | | | | | |
| 550. Adidas AG Sponsored ADR (Y) | | | | | | | | | |
| 551. Air Products & Chem (Y) | | | | | | | | | |
| 552. Allegheny Energey Inc Com (Y) | | | | | | | | | |
| 553. Allstate Corp Del | A | Dividend | J | T | PART SALE | 2/26 | J | A | |
| 554. | | | | | BUY | 3/8 | J | | |
| 555. | | | | | PART SALE | 3/20 | J | A | |
| 556. Ambac Fincl Group NY | A | Dividend | | | SOLD | 2/26 | J | A | |
| 557. American Finl Grp Holdings (Y) | | | | | | | | | |
| 558. American International Group | A | Dividend | J | T | PART SALE | 2/26 | J | | |
| 559. | | | | | BUY | 3/20 | J | | |
| 560. | | | | | PART SALE | 5/24 | J | | |
| 561. | | | | | PART SALE | 6/4 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | BUY | 4/20 | J | | |
| 563. | | | | | PART SALE | 11/13 | J | | |
| 564. | | | | | BUY | 3/26 | J | | |
| 565. | | | | | BUY | 6/15 | J | | |
| 566. Americredit Corp Com (Y) | | | | | | | | | |
| 567. Assurant Inc (Y) | | | | | | | | | |
| 568. Bank of NY Co Inc | A | Dividend | | | SOLD | 3/20 | J | A | |
| 569. BANK NEW YORK MELLON CORP (FORMALY MELLON FINANCIAL CORP) | A | Dividend | J | T | PART SALE | 1/26 | J | A | |
| 570. | | | | | BUY | 4/16 | J | | |
| 571. | | | | | PART SALE | 8/7 | J | A | |
| 572. | | | | | PART SALE | 3/20 | J | A | |
| 573. Bear Stearns Cos, Inc. | A | Dividend | | | PART SALE | 2/26 | J | A | |
| 574. | | | | | BUY | 6/6 | J | | |
| 575. | | | | | PART SALE | 10/30 | J | | |
| 576. | | | | | BUY | 3/9 | J | | |
| 577. | | | | | PART SALE | 3/36 | J | | |
| 578. | | | | | SOLD | 8/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (●-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. Bed Bath & Beyond Inc (Y) | | | | | | | | | |
| 580. Best Buy Co. Inc (Y) | | | | | | | | | |
| 581. Bristol-Myers Squibb Co | A | Dividend | | | SOLD | 5/21 | J | A | |
| 582. CA Inc | A | Dividend | J | T | BUY | 1/31 | J | | |
| 583. Cameron Intl Corp (Y) | | | | | | | | | |
| 584. Capital One Finl | A | Dividend | | | SOLD | 2/26 | J | A | |
| 585. Cardinal Health Inc Ohio (Y) | | | | | | | | | |
| 586. Caremark Rx, Inc | A | Dividend | | | PART SALE | 3/20 | J | A | |
| 587. | | | | | BUY | 3/9 | J | | |
| 588. | | | | | SOLD | 3/27 | J | A | |
| 589. CBS Corp New | A | Dividend | J | T | BUY | 3/8 | J | | |
| 590. Celgene Corp Com (Y) | | | | | | | | | |
| 591. Centex Corp (Y) | | | | | | | | | |
| 592. Chicago Mercantile Exch (Y) | | | | | | | | | |
| 593. Chubb Corp | A | Dividend | | | PART SALE | 2/26 | J | A | |
| 594. | | | | | BUY | 1/17 | J | | |
| 595. | | | | | SOLD | 3/20 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. CHUNGHWA TELECOM CO ADR | A | Dividend | J | T | BUY | 1/31 | J | | |
| 597. Coach Inc | | None | | | SOLD | 2/26 | J | A | |
| 598. Cognizant Tech Solutions A (Y) | | | | | | | | | |
| 599. Comerica Inc. Com | A | Dividend | | | SOLD | 2/26 | J | A | |
| 600. Computer Science Crp | | None | J | T | BUY | 7/23 | J | | |
| 601. | | | | | BUY | 7/24 | J | | |
| 602. CRP PLC | A | Dividend | J | T | PART SALE | 1/26 | J | A | |
| 603. Davita Inc (Y) | | | | | | | | | |
| 604. Dell Inc (Y) | | | | | | | | | |
| 605. Devon Energy Corp New | A | Dividend | | | SOLD | 3/20 | J | B | |
| 606. Dow Chemical Co | A | Dividend | J | T | PART SALE | 2/26 | J | A | |
| 607. | | | | | BUY | 3/22 | J | | |
| 608. DUKE REALTY CORP NEW | A | Dividend | J | T | BUY | 3/8 | J | | |
| 609. DWS DREMAN HIGH | A | Dividend | J | T | BUY | 3/9 | J | | |
| 610. Edison Intl Calif (Y) | | | | | | | | | |
| 611. ELECTR DATA SYS CORP NEW | A | Dividend | J | T | BUY | 3/12 | J | | |
| 612. Embarq Corp | A | Dividend | | | SOLD | 3/20 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. Ericsson LM Tel CL B ADR | A | Dividend | J | T | BUY | 3/20 | J | | |
| 614. | | | | | PART SALE | 10/15 | J | A | |
| 615. | | | | | PART SALE | 10/16 | J | A | |
| 616. Express Scripts Inc Com | | None | J | T | BUY | 4/30 | J | | |
| 617. | | | | | BUY | 5/1 | J | | |
| 618. Fedrtd Dpt Stors Del New | A | Dividend | | | SOLD | 3/20 | J | A | |
| 619. Fifth Third Bancorp (Y) | | | | | | | | | |
| 620. Fluor Corp New Del Com (Y) | | | | | | | | | |
| 621. FMC Techs Inc Com (Y) | | | | | | | | | |
| 622. FPL Group Inc | A | Dividend | J | T | PART SALE | 3/20 | J | A | |
| 623. | | | | | BUY | 10/17 | J | | |
| 624. Gallaher CRP PLC SPD ADR | | None | | | SOLD | 1/29 | J | A | |
| 625. Genentech Inc New | | None | | | SOLD | 2/27 | J | A | |
| 626. Genworth Finl Inc Com | A | Dividend | J | T | PART SALE | 3/20 | J | | |
| 627. | | | | | BUY | 1/31 | J | | |
| 628. Gilead Sciences Inc Com | | None | J | T | BUY | 10/25 | J | | |
| 629. Hess Corp | A | Dividend | J | T | PART SALE | 2/26 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | PART SALE | 3/20 | J | A | |
| 631. Hilton Hotel Corp | | None | | | SOLD | 2/26 | J | A | |
| 632. Intl Game Tech (Y) | | | | | | | | | |
| 633. KB Home (Y) | | | | | | | | | |
| 634. Kellogg Company PV 25 CT (Y) | | | | | | | | | |
| 635. Laboratory CP Amer Hldgs (Y) | | | | | | | | | |
| 636. Lloyds TSB Group SPD ADR (Y) | | | | | | | | | |
| 637. MBIA Inc (Y) | | | | | | | | | |
| 638. MGIC Invt Corp Wis (Y) | | | | | | | | | |
| 639. Mitsui Sumitomo Inc ADR (Y) | | | | | | | | | |
| 640. ML Bank Deposit (Y) | | | | | | | | | |
| 641. Moody's Corp (Y) | | | | | | | | | |
| 642. Nat'l City Corp | | None | | | SOLD | 2/26 | J | A | |
| 643. Network Appliance Inc CA | | None | | | SOLD | 2/26 | J | | |
| 644. Nissan Mtr Ltd Spn ADR | | None | | | SOLD | 3/6 | J | | |
| 645. North Fork BK ISA (Y) | | | | | | | | | |
| 646. PG&E Corp (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Esti | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (●-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. PMI Group Inc (Y) | | | | | | | | | |
| 648. Pulte Homes Inc Com (Y) | | | | | | | | | |
| 649. Qualcomm Inc (Y) | | | | | | | | | |
| 650. Roberthalf Intl Inc Com (Y) | | | | | | | | | |
| 651. Rockwell Collins Inc (Y) | | | | | | | | | |
| 652. Safeco Corp (Y) | | | | | | | | | |
| 653. Schering Plough Corp (Y) | | | | | | | | | |
| 654. Sears Holdings Corp | | None | | | SOLD | 2/26 | J | A | |
| 655. Sepracor Inc Com | | None | | | BUY | 4/16 | J | | |
| 656. | | | | | SOLD | 11/9 | J | | |
| 657. Sherwin Williams (Y) | | | | | | | | | |
| 658. St Jude Medical Inc (Y) | | | | | | | | | |
| 659. St. Paul Travelers Cos | | None | | | SOLD | 2/26 | J | A | |
| 660. Starbucks Corp | A | Dividend | | | SOLD | 2/26 | J | | |
| 661. Symantec Corp Com (Y) | | | | | | | | | |
| 662. Temple Inland Inc Com (Y) | | | | | | | | | |
| 663. Tesoro Corp (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. Texas Instruments | A | Dividend | | | PART SALE | 2/26 | J | A | |
| 665. | | | | | BUY | 3/20 | J | | |
| 666. | | | | | PART SALE | 10/12 | J | A | |
| 667. | | | | | SOLD | 10/17 | J | A | |
| 668. Transocean, Inc | | None | | | SOLD | 2/26 | J | A | |
| 669. Unionbancal Corp Com (Y) | | | | | | | | | |
| 670. Viacom Inc New CL B | | None | | | SOLD | 3/20 | J | A | |
| 671. Vulcan Energy Corp New (Y) | | | | | | | | | |
| 672. W R Berkley Corp (Y) | | | | | | | | | |
| 673. Yum Brands Inc (Y) | | | | | | | | | |
| 674. ABB LTD SPON ADR | | None | J | T | BUY | 11/16 | J | | |
| 675. ABBOTT LABORATORIES-5.875% 5/15/06 - CORP BONDS | | None | J | T | BUY | 12/18 | J | | |
| 676. ABERCROMBIE & FITCH CO | A | Dividend | J | T | BUY | 4/18 | J | | |
| 677. ACCOM CO LTD SPON ADR | A | Dividend | J | T | BUY | 2/2 | J | | |
| 678. ADOBE SYSTEMS | A | Dividend | J | T | BUY | 3/20 | J | | |
| 679. | | | | | BUY | 4/23 | J | | |
| 680. | | | | | PARTIAL SALE | 11/19 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. AETNA INC NEW | A | Dividend | J | T | BUY | 1/31 | J | | |
| 682. | | | | | BUY | 3/9 | J | | |
| 683. AKAMAI TECHNOLOGIES | | None | | | BUY | 3/20 | J | | |
| 684. | | | | | SOLD | 6/14 | J | A | |
| 685. ALCATEL LUCENT SPD ADR (X) | | None | J | T | | | | | |
| 686. ALCOA INC | A | Dividend | J | T | BUY | 3/22 | J | | |
| 687. | | | | | PARTIAL SALE | 5/11 | J | A | |
| 688. ALLINZ (X) | | None | J | T | | | | | |
| 689. ALLTEL CORP | | None | | | BUY | 3/20 | J | | |
| 690. | | | | | SOLD | 7/17 | J | A | |
| 691. ALUMINA LTD SP ADR | A | Dividend | J | T | BUY | 2/2 | J | | |
| 692. AMDOCS LIMITED | | None | J | T | BUY | 3/20 | J | | |
| 693. | | | | | PART SALE | 10/26 | J | A | |
| 694. AMEREN CORP (X) | A | Dividend | J | T | | | | | |
| 695. AMERICAN EXPRESS CO NOTES - 3.75% 11/20/07 | | None | | | BUY | 4/10 | J | | |
| 696. | | | | | SOLD | 11/20 | J | A | |
| 697. AMERICAN EXPRESS-GLOBAL NOTES 6.15% 9/28/2017 | A | Interest | J | T | BUY | 9/5 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. AMERICAN TOWER CORP | | None | J | T | BUY | 7/23 | J | | |
| 699. AMERISOURCEBERGEN CORP | A | Dividend | J | T | BUY | 3/9 | J | | |
| 700. AMGEN INC COM PV $.0001 (X) | | None | J | T | | | | | |
| 701. ANADARKO PETROLEUM CORP BONDS | A | Interest | | | BUY | 6/7 | J | | |
| 702. | | | | | SOLD | 10/22 | J | A | |
| 703. ANGLOGOLD ASHANTI LTD | A | Dividend | J | T | BUY | 1/31 | J | | |
| 704. APACHE CORP | A | Dividend | J | T | BUY | 1/31 | J | | |
| 705. APPLERA CP-APP; BIOSYS G | | None | | | BUY | 3/9 | J | | |
| 706. | | | | | SOLD | 3/29 | J | A | |
| 707. ASTRAZENECA PLC BONDS | | None | J | T | BUY | 9/18 | J | | |
| 708. ASTRAZENECA PLC SPND ADR | | None | J | T | BUY | 9/14 | J | | |
| 709. AT&T | A | Dividend | J | T | BUY | 1/31 | J | | |
| 710. | | | | | BUY | 7/30 | J | | |
| 711. | | | | | BUY | 8/22 | J | | |
| 712. | | | | | PART SALE | 11/19 | J | | |
| 713. | | | | | BUY | 3/9 | J | | |
| 714. | | | | | BUY | 3/8 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. AUTODESK INC | | None | | | BUY | 7/18 | J | | |
| 716. | | | | | PART SALE | 7/31 | J | | |
| 717. | | | | | SOLD | 8/7 | J | | |
| 718. AUTOZONE INC NEVADA COM | | None | J | T | BUY | 6/4 | J | | |
| 719. | | | | | BUY | 6/5 | J | | |
| 720. AXA | A | Dividend | J | T | BUY | 1/26 | J | | |
| 721. BAE SYSTEMS | | None | | | BUY | 5/16 | J | | |
| 722. | | | | | SOLD | 7/3 | J | | |
| 723. BANCO SANTANDER (X) | A | Dividend | J | T | | | | | |
| 724. BANK OF AMERICA CORPORATE BONDS | A | Interest | J | T | BUY | 3/27 | J | | |
| 725. BANK ONE ISSUE ABS 2003-3.35% 3/15/11 | A | Interest | J | T | BUY | 3/15 | J | | |
| 726. BARRICK GOLD CORPORATION | A | Dividend | J | T | BUY | 1/31 | J | | |
| 727. BAXTER INTERNATIONAL | A | Dividend | J | T | BUY | 3/20 | J | | |
| 728. BEAR STEARNS CO INC - SENIOR NOTES | A | Interest | J | T | BUY | 3/27 | J | | |
| 729. BECTON DICKINSON CO | A | Dividend | J | T | BUY | 3/20 | J | | |
| 730. | | | | | BUY | 8/23 | J | | |
| 731. BIG LOTS INC COM | | None | J | T | BUY | 3/9 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. BIOGEN IDEC | | None | J | T | BUY | 3/20 | J | | |
| 733. | | | | | PART SALE | 5/17 | J | A | |
| 734. | | | | | PART SALE | 9/14 | J | A | |
| 735. | | | | | BUY | 9/17 | J | | |
| 736. BLACK AND DECKER CRP COM (X) | A | Dividend | J | T | | | | | |
| 737. BLACKROCK BOND ALLOC TARGET SHS SERIES C | B | Dividend | K | T | BUY | 3/12 | K | | |
| 738. BLACKROCK BOND ALLOC TARGET SHS SERIES M | B | Dividend | K | T | BUY | 3/12 | K | | |
| 739. BMC SOFTWARE INC | | None | J | T | BUY | 3/9 | J | | |
| 740. BOEING CO - GLOBAL BONDS | A | Interest | J | T | BUY | 3/27 | J | | |
| 741. BROADCOM CORP | | None | | | BUY | 3/20 | J | | |
| 742. | | | | | SOLD | 4/20 | J | | |
| 743. CANADIAN NATURAL RES | A | Dividend | J | T | BUY | 3/20 | J | | |
| 744. | | | | | PART SALE | 10/10 | J | A | |
| 745. CISCO SYSTEMS INC - BONDS | | None | | | BUY | 3/27 | J | | |
| 746. | | | | | SOLD | 4/27 | J | A | |
| 747. COUNTRYWIDE FINANCIAL | A | Dividend | | | BUY | 1/31 | J | | |
| 748. | | | | | SOLD | 11/30 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. CVS CAREMARK CORP | A | Dividend | | | BUY | 3/27 | J | | |
| 750. | | | | | SOLD | 3/27 | J | | |
| 751. DAI NIPPON TRTNG ADR | A | Dividend | | | BUY | 2/2 | J | | |
| 752. | | | | | SOLD | 12/27 | J | A | |
| 753. DIAGEI CAPITAL PLC | A | Dividend | | | BUY | 3/27 | J | | |
| 754. | | | | | SOLD | 11/19 | J | | |
| 755. DILLARDS INC CL A | A | Dividend | | | BUY | 3/9 | J | | |
| 756. | | | | | SOLD | 4/23 | J | A | |
| 757. DONNELLEY (RR) & SONS 6.125% 1/15/2017 | | None | | | BUY | 3/27 | J | | |
| 758. | | | | | SOLD | 4/4 | J | A | |
| 759. EATON CORP | | None | | | BUY | 2/20 | J | | |
| 760. | | | | | SOLD | 3/20 | J | A | |
| 761. ECHOSTARR COMM CO CLA NE | | None | | | BUY | 11/14 | J | | |
| 762. | | | | | SOLD | 12/24 | J | | |
| 763. ENEL SOCIETA PAR AZN ADR | A | Dividend | | | BUY | 2/2 | J | | |
| 764. | | | | | SOLD | 8/14 | J | | |
| 765. FED HOME LOAN MORTGAGE-0% 12/3/07 | | None | | | BUY | 9/5 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | PART SALE | 11/8 | J | A | |
| 767. | | | | | SOLD | 12/3 | K | A | |
| 768. FED NAT'L MORTGAGE ASSO BOND 6.625% 10/15/07 | A | Interest | | | BUY | 3/13 | J | | |
| 769. | | | | | SOLD | 10/15 | J | A | |
| 770. FED HOME LN MTG CORP BOND-2.875% 5/15/07 | A | Interest | | | BUY | 3/19 | J | | |
| 771. | | | | | SOLD | 5/15 | J | A | |
| 772. FED NAT'L MTG ASSOC-5% 5/15/07 | A | Interest | | | BUY | 3/23 | K | | |
| 773. | | | | | SOLD | 5/15 | K | | |
| 774. FED NAT'L MTG ASSOC-5.25% 1/15/09 | A | Interest | | | BUY | 5/16 | J | | |
| 775. | | | | | SOLD | 8/15 | J | A | |
| 776. FED NAT'L MTG ASSOC-0% 9/4/07 | | None | | | BUY | 5/16 | K | | |
| 777. | | | | | PART SALE | 8/7 | K | | |
| 778. | | | | | SOLD | 9/4 | K | | |
| 779. FOREST LAB INC | | None | | | BUY | 3/9 | J | | |
| 780. | | | | | BUY | 3/36 | J | | |
| 781. | | | | | PART SALE | 12/10 | J | | |
| 782. | | | | | SOLD | 12/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. GOODYEAR TIRE RUBBER | | None | | | BUY | 3/9 | J | | |
| 784. | | | | | PART SALE | 8/6 | J | | |
| 785. | | | | | SOLD | 10/15 | J | A | |
| 786. ITT CORP | A | Dividend | | | BUY | 3/20 | J | | |
| 787. | | | | | SOLD | 10/11 | J | A | |
| 788. JC PENNY | A | Dividend | | | BUY | 3./20 | J | | |
| 789. | | | | | SOLD | 4/18 | J | A | |
| 790. JOHNSON CONTROLS | A | Dividend | | | BUY | 3/20 | J | | |
| 791. | | | | | SOLD | 12/26 | J | | |
| 792. JOY GLOBAL INC | A | Dividend | | | BUY | 6/4 | J | | |
| 793. | | | | | SOLD | 8/22 | J | | |
| 794. KOHLS CORP WISC PV 1CT | A | Dividend | | | BUY | 3/9 | J | | |
| 795. | | | | | SOLD | 8/20 | J | | |
| 796. LILLY ELI & CO | A | Dividend | | | SOLD | 2/26 | J | A | |
| 797. MAGNA INTL INC CL A VTG | A | Dividend | | | BUY | 1/31 | J | | |
| 798. | | | | | SOLD | 10/1 | J | | |
| 799. MICROCHIP TECH | | None | | | PART SALE | 2/26 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (●-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. | | | | | BUY | 6/15 | J | | |
| 801. | | | | | BUY | 6/18 | J | | |
| 802. | | | | | SOLD | 8/9 | J | | |
| 803. NORDSTROM INC | | None | | | BUY | 3/9 | J | | |
| 804. | | | | | SOLD | 6/26 | J | | |
| 805. NUCOR CORPORATION | A | Dividend | | | BUY | 3/9 | J | | |
| 806. | | | | | SOLD | 9/17 | J | | |
| 807. OFFICE DEPOT INC | | None | | | BUY | 3/9 | J | | |
| 808. | | | | | PART SALE | 5/7 | J | A | |
| 809. | | | | | SOLD | 5/8 | J | | |
| 810. OFFICEMAX INC DEL | | None | | | BUY | 3/9 | J | | |
| 811. | | | | | SOLD | 5/29 | J | | |
| 812. PETROCHINA CO LTD SP ADR | A | Dividend | | | BUY | 3/8 | J | | |
| 813. . | | | | | SOLD | 8/31 | J | A | |
| 814. PRUDENTIAL FINANCIAL INC | | None | | | BUY | 3/9 | J | | |
| 815. | | | | | SOLD | 10/15 | J | A | |
| 816. RIO TINTO PLC SPNSRD ADR | | None | | | BUY | 1/31 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and ▶4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 817. | | | | | SOLD | 11/12 | J | A | |
| 818. SAFEWAY INC NEW | A | Dividend | | | BUY | 3/9 | J | | |
| 819. | | | | | SOLD | 11/8 | J | | |
| 820. SPRINT NEXTEL CORP BONDS | A | Interest | | | BUY | 3/27 | J | | |
| 821. | | | | | SOLD | 8/28 | J | | |
| 822. STANLEY WORKS | A | Dividend | | | BUY | 3/8 | J | | |
| 823. | | | | | SOLD | 12/21 | J | | |
| 824. STAPLES | A | Dividend | | | BUY | 3/20 | J | | |
| 825. | | | | | PART SALE | 5/2 | J | | |
| 826. | | | | | PART SALE | 5/3 | J | | |
| 827. | | | | | BUY | 3/9 | J | | |
| 828. | | | | | SOLD | 6/5 | J | | |
| 829. SUPERVALU INC DEL COM | | None | | | BUY | 3/8 | J | | |
| 830. | | | | | SOLD | 5/10 | J | A | |
| 831. US TREASURY BILL-0% 7/12/07 | | None | | | BUY | 5/16 | J | | |
| 832. | | | | | SOLD | 7/5 | J | A | |
| 833. US TREASURY BILL-0% 6/14/07 | | None | | | BUY | 3/21 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (●-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. | | | | | PART SALE | 6/5 | J | A | |
| 835. | | | | | SOLD | 6/14 | J | A | |
| 836. US TREASURY BOND-10/375% 11/15/2012 | A | Interest | | | BUY | 3/19 | J | | |
| 837. | | | | | SOLD | 6/18 | J | | |
| 838. US TREASURY BOND-4.5% 2/15/2036 | A | Interest | | | BUY | 3/19 | J | | |
| 839. | | | | | SOLD | 11/29 | J | A | |
| 840. US TREASURY BOND-6% 2/15/2026 | | None | | | BUY | 3/27 | J | | |
| 841. | | | | | SOLD | 6/18 | J | | |
| 842. US TREASURY BOND-8.125% 8/15/2021 | A | Interest | | | BUY | 3/19 | J | | |
| 843. | | | | | PART SALE | 6/18 | J | | |
| 844. | | | | | SOLD | 9/17 | J | A | |
| 845. US TREASURY NOTE-3.75% 3/31/07 | A | Interest | | | BUY | 3/9 | K | | |
| 846. | | | | | SOLD | 4/2 | K | A | |
| 847. US TREASURY NOTE-4.5% 5/15/2017 | | None | | | BUY | 12/3 | J | | |
| 848. | | | | | SOLD | 12/14 | J | | |
| 849. US TREASURY NOTE-5.125% 6/30/08 | A | Interest | | | BUY | 3/21 | J | | |
| 850. | | | | | SOLD | 8/31 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,000 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851.  US TREASURY NOTE-5.125% 5/15/2016 | A | Interest | | | BUY | 3/21 | K | | |
| 852. | | | | | BUY | 4/4 | J | | |
| 853. | | | | | PART SALE | 5/4 | J | | |
| 854. | | | | | PART SALE | 8/9 | J | | |
| 855. | | | | | PART SALE | 9/21 | J | | |
| 856. | | | | | SOLD | 10/17 | J | A | |
| 857.  US TREASURY NOTE-5.125% 6/30/2011 | A | Interest | | | BUY | 3/21 | J | | |
| 858. | | | | | PART SALE | 8/9 | J | | |
| 859. | | | | | SOLD | 10/17 | J | A | |
| 860.  US TREASURY NOTE-6.625% 5/15/2007 | A | Interest | | | BUY | 3/21 | J | | |
| 861. | | | | | SOLD | 5/15 | J | | |
| 862.  US TREASURY STRIP PRIN-0% 2/15/2019 | | None | | | BUY | 3/19 | J | | |
| 863. | | | | | SOLD | 3/27 | J | | |
| 864.  WALT DISNEY | | None | | | BUY | 3/22 | J | | |
| 865. | | | | | SOLD | 8/27 | J | A | |
| 866.  WASHINGTON MUTUAL INC | A | Dividend | | | BUY | 3/8 | J | | |
| 867. | | | | | PART SALE | 12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. | | | | | SOLD | 12/17 | J | | |
| 869. WELLS FARGO SUB NOTES | A | Interest | | | BUY | 3/27 | J | | |
| 870. | | | | | SOLD | 9/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 08/13/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| Tucker, Petrese B | 08/13/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544